Decided October 30, 1992

FRANCES MARTONE *v.* FRANK M. MARTONE

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 208, is denied.

*Max Brunswick,* in support of the petition.

*Steven D. Ecker,* in opposition.

Decided October 30, 1992

FRANCES MARTONE *v.* FRANK M. MARTONE

The plaintiff's cross petition for certification for appeal from the Appellate Court, 28 Conn. App. 208 (AC 10420), is granted, limited to the following issue:

"Having determined that a portion of the lump sum alimony award must be set aside, did the Appellate

Court properly remand for a modified judgment rather than for a new hearing, or for a trial on all of the financial issues?"

The Supreme Court docket number is SC 14628.

*Steven D. Ecker,* in support of the petition.

*Max F. Brunswick,* in opposition.

Decided October 30, 1992